IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAMMY L. OLSEN,
    Plaintiff,

v.    CIVIL NO. 3:18cv124 (JAG)

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 16, 2019 (Dk. No. 15). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (Dk. No. 15) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (Dk. No. 10) and Motion for Remand (Dk. No. 11) are GRANTED.

(3) Defendant's Motion for Summary Judgment (Dk. No. 13) is DENIED.

(4) The decision of the Commissioner is VACATED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g).

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 31 Jan. 2019

/s/
John A. Gibney, Jr.
United States District Judge